JS-6

1  STEPHANIE YONEKURA
   Acting United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   MICHAEL K. MARRIOTT, CSBN 280890
4  Special Assistant United States Attorney
         Social Security Administration
5        160 Spear Street, Suite 800
         San Francisco, CA 94105-1545
6        Telephone: (415) 977-8985
         Facsimile: (415) 744-0134
7        Email: Michael.Marriott@ssa.gov

8  Attorneys for Defendant

                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

                          EASTERN DIVISION

EDWARD G. POWLISON,            )
                               )   Case No. 5:14-cv-01603-KK
         Plaintiff,            )
                               )   [**PROPOSED**]
                               )   **JUDGMENT OF REMAND**
         v.                    )
                               )
CAROLYN W. COLVIN,             )
Acting Commissioner            )
of Social Security,            )
                               )
         Defendant.            )
_____)

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: March 18, 2015         _____
                              HON. KENLY KIYA KATO
                              UNITED STATES MAGISTRATE JUDGE